UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA FOR THE USE OF CULLION EXCAVATING CORP.,
Plaintiff

v.

WHITE & CARR, INC., AND THE HANOVER INSURANCE COMPANY,
Defendants.

CA 06 341S

C.A. No.

**Jury Trial Demanded**

**COMPLAINT**

1. Cullion Excavating Corp. ("Cullion") is a corporation organized and existing under the laws of the State of Rhode Island. Cullion is engaged in the business of providing excavation services and related labor and materials for construction projects.

2. White & Carr, Inc. ("White"), on information and belief, was a corporation organized and existing under the laws of the State of New York. White was engaged in the business of construction contracting. On information and belief, White has ceased all business operations.

3. The Hanover Insurance Company ("Hanover") is a corporation organized and existing under the laws of the Commonwealth of Massachusetts. Hanover is engaged in the business of providing surety bonds and is duly authorized to execute surety bonds in the State of Rhode Island.

4. This action arises, and this Court has jurisdiction of this action, under the Miller Act, 40 U.S.C. §3131, *et seq*.

5. Pursuant to 40 U.S.C. §3133(b)(3)(B), venue is proper in this Court because the contracts at issue were to be performed and executed in Rhode Island.

6. On information and belief, on or about August 7, 2003, White entered into a contract with the United States Department of the Interior to furnish all labor, materials and equipment for the construction, erection and/or alteration of the Administration/Visitor's Center at the Rhode Island National Wildlife Refuge Complex in Charlestown, Rhode Island (the "Project").
7. On or about August 12, 2003, White, as principal, and Hanover, as surety, executed and delivered to the United States a payment bond (Bond Number 1701069) for the protection of all persons supplying labor and/or materials in the prosecution of the work provided for in the Project. The bond was executed in accordance with the terms of 40 U.S.C. §3131, *et seq.*, in the penal sum of $2,458,000.00. A copy of the bond is attached hereto as Exhibit A and incorporated herein by reference.
8. On or about November 19, 2003, Cullion and White entered into a subcontract whereby Cullion agreed to perform a certain portion of the work for the Project for the sum of $100,500.00 (the "Subcontract").
9. Cullion performed extra work pursuant to change orders agreed to between Cullion and White. The change orders were in the total amount of $56,108.00.
10. Cullion performed all Subcontract work in a good and workmanlike manner.
11. The total adjusted Subcontract price, including the change orders, was $156,608.00. Of that amount, White paid Cullion $78,446.40. An additional amount of $37,600 toward the cost of this work was paid to Cullion by the United States Department of the Interior, which took over the project after White ceased operations.

12. The final amount owed by White to Cullion pursuant to the Subcontract is $40,561.60.

13. Cullion's last date of work on the Project was August 1, 2005.

14. A period of more than ninety (90) days has elapsed since the date Cullion last provided labor and/or materials on the Project and Cullion has not been paid in full for its work on the Project.

WHEREFORE, the United States of America on behalf and for the use of Cullion Excavating Corporation seeks judgment against Defendants in the amount of its damages to be proven at trial, together with interest, its reasonable attorneys' fees and the costs of this action.

**Jury Trial Demand**

Pursuant to Fed. R. Civ. P. 38(b) and L.R. Civ. 5(a)(4), Plaintiff demands a trial by jury on all issues so triable in this matter.

Respectfully submitted,
CULLION EXCAVATING CORP.
By Its Attorneys,

Christopher C. Whitney #3261
Andrew S. Ullucci #7233
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903
(401) 272-8080
(401) 521-3555 (facsimile)