**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR THE USE OF CULLION EXCAVATING CORP., Plaintiff | : | |
| v. | : | C.A. No.:06-341 S |
| WHITE & CARR, INC., AND THE HANOVER INSURANCE COMPANY, Defendants. | : | |

**PROOF OF SERVICE TO THE HANOVER INSURANCE COMPANY**

I, Andrew S. Ullucci, hereby certify that a true copy of the Summons and Complaint in the above captioned action was mailed upon Defendant, The Hanover Insurance Company, via U. S. certified mail, return receipt requested, postage prepaid on August 8, 2006. A copy of the completed return receipt showing delivery dated August 10, 2006 is attached hereto and incorporated herein.

Respectfully submitted,
CULLION EXCAVATING CORP.
By Its Attorneys,

/s/ Andrew S. Ullucci

Christopher C. Whitney #3261
Andrew S. Ullucci #7233
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903
(401) 272-8080
(401) 521-3555 (facsimile)
Email: cwhitney@lmkbw.com
aullucci@lmkbw.com