U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7002 2030 0002 9071 5990

| | |
|---|---|
| Postage | $ .87 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.12 |

PROVIDENCE RI ANNEX STA 02903 AUG 10 2006 Postmark Here

Sent To The Hanover Insurance Group Co., Inc.
c/o CT Corporation System
Street, Apt. No.; or PO Box No. 101 Federal Street
City, State, ZIP+4 Boston, MA 02110

PS Form 3800, June 2002 See Reverse for Instructions

BOSTON MA 021
10 AUG 2006 PM 22 L

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

LITTLE MEDEIROS KINDER
BULMAN & WHITNEY PC

72 Pine Street Providence, RI 02903

ASU

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Hanover Insurance Group
Company, Inc.
c/o CT Corporation System
101 Federal Street
Boston, MA 02110

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Michael Cloherty ☐ Agent ☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery 8-10-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
XXX Certified Mail ☐ Express Mail
☐ Registered XX Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7002 2030 0002 9071 5990

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540