**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR THE USE OF CULLION EXCAVATING CORP., Plaintiff | : | |
| v. | : | C.A. No.:06-341 S |
| WHITE & CARR, INC., AND THE HANOVER INSURANCE COMPANY, Defendants. | : | |

**PROOF OF SERVICE TO WHITE & CARR, INC.**

I, Andrew S. Ullucci, hereby certify that a true copy of the Summons and Complaint in the above captioned action was mailed upon Defendant White & Carr, Inc. via U. S. certified mail, return receipt requested, postage prepaid on July 28, 2006. A copy of the completed return receipt showing delivery dated July 31, 2006 is attached hereto and incorporated herein.

Respectfully submitted,
CULLION EXCAVATING CORP.
By Its Attorneys,

/s/ Andrew S. Ullucci

Christopher C. Whitney #3261
Andrew S. Ullucci #7233
Little Medeiros Kinder Bulman &
Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903
(401) 272-8080
(401) 521-3555 (facsimile)
Email: cwhitney@lmkbw.com
aullucci@lmkbw.com