**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE OF CULLION EXCAVATING CORP.,<br><br>Plaintiff,<br><br>v.<br><br>WHITE & CARR, INC. AND THE HANOVER INSURANCE COMPANY,<br><br>Defendant | CIVIL ACTION NO. 06-341S |

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

By agreement of Plaintiff and Defendant, The Hanover Insurance Company ("Hanover"), Hanover shall have up through and including September 19, 2006 in which to answer or otherwise respond to the Complaint.

CULLION EXCAVATING CORP.
By Its Attorneys,

/s/ Andrew S. Ullicci

Andrew S. Ullucci # 7233
Christopher C. Whitney #3261
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903
(401) 727-8080
(401) 521-3555 (facsimile)
Email: aullucci@lmkbw.com

Dated: September 1, 2006

THE HANOVER INSURANCE CO.
By Its Attorneys,

/s/ Stephen T. Armato

Stephen T. Armato #6395
Carl E. Fumarola #6980
Bert J. Capone, Mass. BBO #072880
Cetrulo & Capone LLP
The Heritage Building
321 South Main Street
Providence RI, 02903
(401) 274-7850
(401) 274-9670 (fax)
Email: sarmato@cetcap.com
cfumarola@cetcap.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of September, 2006, I caused a true copy of the above document to be served electronically to Plaintiff's counsel via the CM/ECF system, and it is available for viewing and downloading from the CM/ECF system.

I hereby certify that on the 1st day of September, 2006, I caused a true copy of the above document to be served via first class mail on White & Carr, c/o C. Cole, Esq., 11 Broadway, 11th Floor, New York, NY 10005.

/s/ Stephen T. Armato
Stephen T. Armato



01012-0072
674620v1