UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

United States of America for the use of Cullion Excavating Corp
Plaintiff

v. C.A. No. 06-341S

White Carr, Inc., et al
Defendant

**SHOW CAUSE ORDER**

On or before **June 11, 2007** the plaintiff is hereby ordered to show cause, in writing, why this case should not be dismissed for lack of prosecution. Failure to comply will result in dismissal.

By Order,

Doreen Baldinelli

Deputy Clerk

ENTER:

WESmith

William E. Smith
US District Judge

Date: 5/21/07

FORMS/SHWCAUS2.ORD