**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR THE USE OF CULLION EXCAVATING CORP., Plaintiff | : | |
| v. | : | C.A. No. 06-341S |
| WHITE & CARR, INC., AND THE HANOVER INSURANCE COMPANY, Defendants. | : | |

## MOTION FOR CLERK'S ENTRY OF DEFAULT

Pursuant to Fed. R. Civ. P. 55(a) and 77(c) and Local Rule 55, plaintiff respectfully requests that the Clerk of the Court enter Default against defendant White & Carr, Inc. ("White").

Rule 55(a) states that the Clerk shall enter Default against a party who has failed to plead or otherwise defend according to the Rules of Civil Procedure. In this case, Plaintiff served the Summons and Complaint on White on July 31, 2006 via certified mail, return receipt requested. See, Affidavit of Andrew S. Ullucci ("Ullucci Aff.") ¶3, attached hereto as Exhibit A. Proof of service was filed with the Court on August 17, 2006. Ullucci Aff., ¶4. White has filed no answer or other responsive pleading in this case. Ullucci Aff., ¶5.

Notice of this Motion was sent via regular mail and via certified mail, return receipt requested, addressed to White & Carr, Inc. c/o C. Cole, 11 Broadway, 11th Floor, New York, NY 10005. Ullucci Aff., ¶6. A copy of the return receipt is attached hereto as Exhibit B. To the best of plaintiff's knowledge, this is the last known address for White. Ullucci Aff., ¶7. White is not in the military service of the United States as defined in the Soldiers' and Sailors' Relief Act of 1940. Ullucci Aff., ¶8.

WHEREFORE, plaintiff respectfully requests the Clerk of the Court to enter Default against defendant White & Carr, Inc.

Respectfully submitted,
CULLION EXCAVATING CORP.
By Its Attorneys,

/s/ Andrew S. Ullucci

Christopher C. Whitney #3261
Andrew S. Ullucci #7233
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903
(401) 272-8080
(401) 521-3555 (facsimile)
Email: cwhitney@lmkbw.com
aullucci@lmkbw.com

**CERTIFICATE OF SERVICE**

I, Andrew S. Ullucci, hereby certify that I have, on this 8th day of June, 2007, filed a copy of the within document in accordance with the ECF requirements for the United States District Court for the District of Rhode Island and, consequently, served a copy of the within document upon all counsel of record who have requested such ECF service.

I further certify that a true and accurate copy of the foregoing document was sent via regular U.S. Mail and via certified mail, return receipt requested, addressed to:

White & Carr, Inc.
c/o C. Cole
11 Broadway
11th Floor
New York, NY 10005

/s/ Andrew S. Ullucci