# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR THE USE OF CULLION EXCAVATING CORP., Plaintiff | : | |
| v. | : | C.A. No. 06-341S |
| WHITE & CARR, INC., AND THE HANOVER INSURANCE COMPANY, Defendants. | : | |

**AFFIDAVIT OF ANDREW S. ULLUCCI**

1. My name is Andrew S. Ullucci. I have personal knowledge of each statement made herein.
2. I am an attorney with the law firm of Little, Medeiros, Kinder, Bulman & Whitney, P.C. ("LMKBW"). LMKBW is counsel of record for Plaintiff in this case.
3. Plaintiff served the Summons and Complaint on defendant White & Carr, Inc. on July 31, 2006 via certified mail, return receipt requested.
4. Proof of service was filed with the Court on August 17, 2006.
5. White has filed no answer or other responsive pleading in this case.
6. Notice of Plaintiff's Motion for Clerk's Entry of Default was sent via regular mail and via certified mail, return receipt requested, addressed to White & Carr, Inc. c/o C. Cole, 11 Broadway, 11th Floor, New York, NY 10005.
7. To the best of plaintiff's knowledge, this is the last known address for White & Carr, Inc.

8. White & Carr, Inc. is not in the military service of the United States as defined in the Soldiers' and Sailors' Relief Act of 1940.

Dated: June 8, 2007

By: ______________________
Andrew S. Ullucci

Before me on this 8th day of June, 2007, appeared Andrew Ullucci, who, upon oath, attests that he has personal knowledge of the statements made herein and he does state that the same are true.

Wendy R Novak
Notary Public WENDY R NOVAK

My Commission Expires: 05/30/09