UNITED STATES POSTAL SERVICE

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1820 0000 8781 6676**
Status: **Delivered**

Your item was delivered at 1:57 PM on June 18, 2007 in NEW YORK, NY 10004.

Track & Confirm

Enter Label/Receipt Number.

### Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email. Go >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services jobs National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WHITE & CARR, INC.
c/o C. Cole
11 Broadway
11th Floor
New York, NY 1005

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

NEW YORK NY 10004 JUN 18 2007 BOWLING GREEN STA

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7005 1820 0000 8781 6676

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540