**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR THE USE OF CULLION EXCAVATING CORP., Plaintiff | : | |
| v. | : | C.A. No. 06-341S |
| WHITE & CARR, INC., AND THE HANOVER INSURANCE COMPANY, Defendants. | : | |

**PRETRIAL STATEMENT OF ELEMENTS**

Plaintiff, United States of America for the Use of Cullion Excavating Corp. ("Cullion"), submits the following statement of elements of its claims pursuant to the Notice filed in this case by the Clerk of the Court, dated June 28, 2007. Cullion brought a one count complaint against both defendants for payment under The Miller Act, 40 U.S.C. §3131, *et seq*. Defendant White & Carr, Inc. failed to answer or otherwise plead, and default has entered against it.

In order to prevail against defendant Hanover Insurance Company ("Hanover"), Cullion must prove the following elements: 1) Hanover issued a payment bond for the protection of persons supplying labor and/or materials on a public construction project, pursuant to 40 U.S.C. §3131; 2) Cullion provided labor and or materials for the project on which Hanover's bond was issued; 3) Cullion has not been paid in full for the labor and/or materials it provided, within ninety (90) days after the last day on which it supplied labor and/or materials for the project. 40 U.S.C. §3133(b)(1).

Respectfully submitted,
CULLION EXCAVATING CORP.
By Its Attorneys,

/s/ Andrew S. Ullucci
Christopher C. Whitney #3261
Andrew S. Ullucci #7233
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903
(401) 272-8080
(401) 521-3555 (facsimile)
Email: cwhitney@lmkbw.com
aullucci@lmkbw.com

**CERTIFICATE OF SERVICE**

I, Andrew S. Ullucci, hereby certify that I have, on this 25th day of July, 2007, filed a copy of the within document in accordance with the ECF requirements for the United States District Court for the District of Rhode Island and, consequently, served a copy of the within document upon all counsel of record who have requested such ECF service.

/s/ Andrew S. Ullucci