**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UNITED STATE OF AMERICA FOR THE USE OF CULLION EXCAVATING CORP.<br><br>Plaintiff,<br><br>v.<br><br>WHITE & CARR, INC. and THE HANOVER INSURANCE COMPANY,<br><br>Defendants | CIVIL ACTION NO. 06-CV-00347-S-DLM |

**WITHDRAWAL OF APPEARANCE**

Stephen T. Armato hereby withdraws as counsel for Defendant The Hanover Insurance Company in the above-captioned matter.

Respectfully Submitted,

THE HANOVER INSURANCE COMPANY

By its Attorneys,

/s/ Stephen T. Armato

Stephen T. Armato, Bar # 6395
Carl E. Fumarola #6980
Bert J. Capone, Mass. BBO #072880
CETRULO & CAPONE LLP
The Heritage Building
321 South Main Street
Providence, RI 02903
Tel: (401) 274-7850
Fax: (401) 274-9670
E-mail: sarmato@cetcap.com

cfumarola@cetcap.com
bcapone@cetcap.com

Dated July 26, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of July 2007, I caused a true copy of the above document to be served electronically to Plaintiff's counsel via the Electronic Cases Filing ("ECF") System, and it is available for viewing and downloading from the CM/ECF system.

I hereby certify that on the 26th day of July 2007, I caused a true copy of the above document to be served via first class mail on White & Carr, c/o C. Cole, Esq., 11 Broadway, 11th Floor, New York, NY 10005.

/s/ Stephen T. Armato

__________________________

Stephen T. Armato