UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| United States of America for The use of Cullion Excavating Corp., Plaintiff, v. White & Carr, Inc., et al., Defendants. | CA No. 06-341 S |

**PRETRIAL ORDER**

(Civil Case)

After conference with the parties and pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that:

Defendant shall file its motion for summary judgment by **September 14, 2007**. Plaintiff's objection and cross motion for summary judgment shall be filed by **October 1, 2007**. Defendant's reply and objection shall be filed by **October 11, 2007**. Plaintiff's reply shall be filed by **October 21, 2007**. Counsel should note the requirements of Local Rule 56 with respect to motions for summary judgment.

By Order

/s/ Doreen Baldinelli
Deputy Clerk

ENTER:

/s/ William E. Smith
William E. Smith
United States District Judge
Date: July 27, 2007