**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UNITED STATE OF AMERICA FOR THE USE OF CULLION EXCAVATING CORP.<br><br>Plaintiff,<br><br>v.<br><br>WHITE & CARR, INC. and THE HANOVER INSURANCE COMPANY,<br><br>Defendants | CIVIL ACTION NO. 06-341-S |

**THE HANOVER INSURANCE COMPANY'S**
**MOTION FOR SUMMARY JUDGMENT**

Defendant The Hanover Insurance Company ("Hanover") hereby moves for summary judgment in its favor on the sole count alleged in plaintiff's complaint, a Miller Act claim pursuant to 40 U.S.C. 3131 et seq. on grounds that the statute of limitations expired prior to the commencement of this action. There are no genuine issues of fact that are material to this issue, and Hanover is entitled to judgment as a matter of law. In further support of this motion, Hanover respectfully directs the Court's attention to the accompanying memorandum of law, statement of undisputed facts, and affidavit of Gregory S. Arnold, Esq.

Hanover further requests that this Court enter final judgment as to defendant The Hanover Insurance Company pursuant to Fed. R. Civ. P. 54(b), as there is no just reason for delay.

## REQUEST FOR HEARING

Hanover requests a hearing for oral argument on this matter and estimates that its arguments can be completed in approximately twenty minutes.

Respectfully Submitted,

THE HANOVER INSURANCE COMPANY

By its Attorneys,

/s/ Carl E. Fumarola
Carl E. Fumarola #6980
Cetrulo & Capone LLP
The Heritage Building
321 South Main Street
Providence, RI 02903
Tel: (401) 274-7850
Fax: (401) 274-9670
Email: cfumarola@cetcap.com

Of Counsel:

Bert J. Capone, Esq.
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
Tel: 617-217-5500
Fax: 617-217-5200

Dated September 14, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September 2007, I caused a true copy of the foregoing document to be served by operation of the Court's Electronic Cases Filing ("ECF") System to those individuals designated for electronic service by the ECF System in this case and by first-class mail to the following:

Andrew S. Ullucci # 7233
Christopher C. Whitney #3261
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903
(401) 727-8080
(401) 521-3555 (facsimile)
Email: aullucci@lmkbw.com

White & Carr, Inc.
c/o C. Cole, Esq.
11 Broadway, 11th Floor
New York, NY 10005
(via First Class Mail)

/s/ Carl E. Fumarola
Carl E. Fumarola