**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UNITED STATE OF AMERICA FOR THE USE OF CULLION EXCAVATING CORP.<br><br>Plaintiff,<br><br>v.<br><br>WHITE & CARR, INC. and THE HANOVER INSURANCE COMPANY,<br><br>Defendants | CIVIL ACTION NO. 06-341-S |

**AFFIDAVIT OF GREGORY S. ARNOLD, ESQ. IN SUPPORT OF**
**THE HANOVER INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

I, Gregory S. Arnold, Esq., being of legal age, under oath, do hereby depose and state as follows:

1. I am a bond claims representative of The Hanover Insurance Company ("Hanover"), and I am responsible for the claim that is the subject of this case. I make this affidavit based on personal knowledge of the facts contained herein.

2. Attached hereto as Exhibit A is a true and accurate copy of the Complaint in the above-captioned case.

3. Attached hereto as Exhibit B is a true and accurate copy of the Answer that Hanover filed in this case.

4. Attached hereto as Exhibit C is a true and accurate copy of the Payment Bond, number 1701069, that Hanover issued to White & Carr, Inc. ("White"), as principal, for White's contract with the U.S. Department of Interior, Fish and Wildlife Service ("U.S. F&W") for the construction and/or improvement of the Administration/Visitor's Facility at the Rhode Island National Wildlife Refuge Complex in Charlestown, Rhode Island, known as contract number

501813C031. This document was made at the time of the occurrence of the matters set forth therein, by a person with knowledge of those matters. It was kept in the course of regularly conducted business activity, and it was a regular practice to make such a document. This document is unaltered from its original condition.

5. Attached hereto as Exhibit D is a true and accurate copy of the Notice of Termination for Default that was issued by the U.S. F&W to terminate its contract with White, contract number 501813C031. Upon information and belief, this document was made at the time of the occurrence of the matters set forth therein, by a person with knowledge of those matters. Upon information and belief, it was kept in the course of regularly conducted business activity, and it was a regular practice to make such a document. Upon information and belief, this document is unaltered from its original condition.

6. Attached hereto as Exhibit E is a true and accurate copy of the Re-Procurement Contract, entitled Order for Supplies or Services, contract number 501815M158, that Cullion Excavating Corp. entered into with the U.S. F&W following the termination of the contract (number 501813C031) with White. Upon information and belief, this document was made at the time of the occurrence of the matters set forth therein, by a person with knowledge of those matters. Upon information and belief, it was kept in the course of regularly conducted business activity, and it was a regular practice to make such a document. Upon information and belief, this document is unaltered from its original condition.

7. Attached hereto as Exhibit F is a true and accurate copy of the a correspondence dated January 4, 2006 regarding Hanover's Offer of Final Settlement to Cullion Excavating Corp. This document was made at the time of the occurrence of the matters set forth therein, by a person with knowledge of those matters. It was kept in the course of regularly conducted

business activity, and it was a regular practice to make such a document. This document is unaltered from its original condition.

I declare under penalties of perjury that the foregoing is true and correct. Executed this 10th day of September, 2007.

Gregory S. Arnold, Esq.

COMMONWEALTH OF MASSACHUSETTS
COUNTY OF WORCESTER

In ~~September~~ Worcester, MA, on the 10th day of September, 2007, before me personally appeared Gregory S. Arnold, and known by me to be the person executing the foregoing instrument, he acknowledged said instrument, by him executed, to be his free act and deed.

Barbara A. Harlick
Notary Public
My Commission Expires November 3, 201

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of September 2007, I caused a true copy of the foregoing document to be served by operation of the Court's Electronic Cases Filing ("ECF") System to those individuals designated for electronic service by the ECF System in this case and by first-class mail to the following:

Andrew S. Ullucci # 7233
Christopher C. Whitney #3261
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903
(401) 727-8080
(401) 521-3555 (facsimile)
Email: aullucci@lmkbw.com

White & Carr, Inc.
c/o C. Cole, Esq.
11 Broadway, 11th Floor
New York, NY 10005
(via First Class Mail)

/s/ Carl E. Fumarola
Carl E. Fumarola



868834v1