# Exhibit D

# United States Department of the Interior

FISH AND WILDLIFE SERVICE
300 Westgate Center Drive
Hadley, MA 01035-9589

In Reply Refer to
FWS/Region 5/BA/CGS

April 8, 2005

**NOTICE OF TERMINATION FOR DEFAULT**

VIA CERTIFIED MAIL: 7099 3220 0008 9306 9913
Return Receipt Requested, and FAX: 212-268-7450

White & Carr Incorporated
385 Essex Street
Brooklyn, NY 11208-2209
Attn: Mr. Raymond White

VIA MAIL AND FAX: 508-854-8147

The Hanover Insurance Company
100 North Parkway
Worcester, MA 01605
Attn: Mr. Greg Arnold

Reference: Contract # 501813C031 – Administration/Visitor Facility at the Rhode Island National Wildlife Refuge, Charlestown (Washington Co.), RI
Payment and Performance Bond No. 1701069

Dear Mr. White:

You are hereby notified that your firm is in default of the above referenced contract and effective this date your contract is Terminated for Default. You shall not proceed with work, and you shall not remove any materials from the site. Your failure to make progress on this project has caused damage to the Government. You have not provided payments to your subcontractors for work they have completed and for which you have been paid. In the Cure Notice dated March 15, 2005, you were directed to make these payments. On April 4, 2005, you sent me a fax showing copies of cancelled checks to Interstate Electrical Services in the amount $40,000.00 (they have filed a claim on your payment bond in the amount $146,264.00), and to Delta KeySpan, Inc. in the amount $24,428.70 (they have filed a claim on your payment bond in the amount $118,647.94). Neither of these firms has returned to the site to proceed with their work. There have been eight claims on your payment bond and I expect there will be more. I have faxed a

APR-11-2005 10:19 USFWS CGS 1 413 253 8450 P.02/04
07/20/2007 14:46 FAX BOND DEPT 003

copy of this bond to almost every one of the subcontractors utilized on this project, per their request.

The Government has made partial payments to your firm in the amount $2,290,713.34. The total dollar amount of the contract is $2,618,339.24. The dollar amount remaining to be paid on this contract is $327,625.90. You have mismanaged your payments on this contract.

This week you left a voice message for me stating that if I do not pay you some money, you are going to pull your carpenters off the site. This is an anticipatory breach of contract. You have already pulled your entire carpentry group off site (see my Show Cause Notice dated December 21, 2004), and have provided a dwindling group of individual carpenters working directly for White & Carr, Inc. that have not been able to accomplish work in a timely manner.

There has been little progress on the completion of this building in the last four months. Exterior shingle work that began at the end of October 2004 is yet to be completed. This delay has allowed moisture to enter the building at many locations. Our inspector has been tracking these locations and has addressed them with your on site supervisor. There are existing leaks from the roof that have not been addressed. Major components of work related to the fire suppression system, septic system, HVAC systems (excluding the piping changes requested by U.S.F.W.S.), flooring, concrete entrance, walkways and finish paving have not seen any progress.

The Government has incurred costs due to several extensions of the lease at the current location. We have extended the time needed for inspection, storage fees, and administrative involvement of many individuals. These costs would exceed $100,000.00 if they were credited from your contract dollar amount.

It is essential that the Government move forward on the completion of this project. I will work with subcontractors and The Hanover Insurance Co. to mitigate re-procurement costs. You will be notified of the negotiated agreements that are enacted. You will be notified of payment arrangements that are made to settle claims against your Payment Bond. You will also be notified if the cost for completion of this project exceeds the total dollar amount of your contract, and you will be liable for those expenses.

This is the final decision of the Contracting Officer to Terminate your Contract for Default. You may appeal this decision to the agency board of contract appeals. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the agency board of contract appeals and provide a copy to the Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number. Your appeal is to be sent to the Interior Board of Contract Appeals (IBCA), Office of Hearings and Appeals, U.S. Department of Interior, 801 N. Quincy St. – MS300-QC, Arlington, VA 22203. With regard to appeals to the agency board of contract appeals, you may, solely at your election, proceed under the board's small claim

APR-11-2005 10:19 USFWS CGS 1 413 253 8450 P.03/04
07/20/2007 14:47 FAX BOND DEPT 004

TOTAL P.04

procedure for claims of $50,000 or less or its accelerated procedure for claims of $100,000 or less. Instead of appealing to the agency board of contract appeals, you may bring an action directly in the United States Court of Federal Claims within 12 months of the date you receive this decision.

Sincerely,

Christopher Murphy
Contracting Officer

CC: James Epstein, Deputy Regional Solicitor
Charlie Vandemoer, Refuge Manager, Rhode Island NWR Complex
Christopher Greene, Attorney-in-Fact, Bruen Deldin DiDio
Associates, Inc., by Mail and Fax: 845-279-8482
Jim Hourihan, Allmerica Financial, by Mail and Fax: 508-854-8147

07/20/2007 14:48 FAX BOND DEPT 005
HAR-11-2005 10:20 USFWS CGS 1 413 253 8450 P.04/04