# Exhibit E

# ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 2 PAGES

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

1. DATE OF ORDER: 05/03/2005
2. CONTRACT NO. *(If any)*:
3. ORDER NO.: 501815M158
4. REQUISITION/REFERENCE NO.: RCGS5020
5. ISSUING OFFICE *(Address correspondence to)*:
U.S. Fish and Wildlife Service - R5
Contracting & General Services
300 Westgate Center Drive
Hadley MA 01035-9589

6. SHIP TO: No Contacts Identified
a. NAME OF CONSIGNEE: U.S. Fish and Wildlife Service - R5
b. STREET ADDRESS: Rhode Island NWR Complex
P.O. Box 307
50 Bend Road
c. CITY: Charlestown
d. STATE: RI
e. ZIP CODE: 02813-0307
f. SHIP VIA:

7. TO:
a. NAME OF CONTRACTOR: Mark Hoffer Tel: 401-461-1800
b. COMPANY NAME: Cullion Excavating, Inc.
c. STREET ADDRESS: P.O. Box 8965
d. CITY: Cranston
e. STATE: RI
f. ZIP CODE: 02920

8. TYPE OF ORDER
[X] a. PURCHASE
REFERENCE YOUR:
Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.
[ ] b. DELIVERY - Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

9. ACCOUNTING AND APPROPRIATION DATA
2003- - -53540- -323H- - - - -8558PCRT- -XX- - - -
(from Contract # 501813C031)

10. REQUISITIONING OFFICE: U.S. Fish and Wildlife Service - R5

11. BUSINESS CLASSIFICATION *(Check appropriate box(es))*
[✓] a. SMALL [ ] b. OTHER THAN SMALL [ ] c. DISADVANTAGED [ ] d. WOMEN-OWNED

12. F.O.B. POINT: Destination
13. PLACE OF
a. INSPECTION:
b. ACCEPTANCE:
14. GOVERNMENT B/L NO.:
15. DELIVER TO F.O.B. POINT ON OR BEFORE *(Date)*: 07/01/2005
16. DISCOUNT TERMS
10 days %
20 days %
30 days %
days %

17. SCHEDULE *(See reverse for Rejections)*

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | **SEE LINE ITEM DETAIL** | | | | | |

18. SHIPPING POINT:
19. GROSS SHIPPING WEIGHT:
20. INVOICE NO.:

*SEE BILLING INSTRUCTIONS ON REVERSE*

21. MAIL INVOICE TO: Christopher Murphy
a. NAME: U.S. Fish and Wildlife Service - R5
b. STREET ADDRESS *(or P.O. Box)*: Contracting & General Services, 300 Westgate Center Drive
c. CITY: Hadley
d. STATE: MA
e. ZIP CODE: 01035-9589

17(h) TOT. *(Cont. pages)*

17(i) GRAND TOTAL: $58,800.00

22. UNITED STATES OF AMERICA BY *(Signature)*: [signature]

23. NAME *(Typed)*: Christopher Murphy Tel: 413-253-8235
TITLE: CONTRACTING/ORDERING OFFICER

# ORDER FOR SUPPLIES OR SERVICES
## SCHEDULE - CONTINUATION

PAGE NO. 2 of 2

**IMPORTANT: Mark all packages and papers with contract and/or order numbers.**

| DATE OF ORDER | CONTRACT NO. | ORDER NO. |
|---|---|---|
| 05/03/2005 | | 501815M158 |

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| 0001 | Installation of Asphalt paving, gravel materials, filter, benches and bicycle rack<br>Per the attached proposal for the completion of work on the new Administration/Visitor Facility at the Rhode Island National Wildlife Refuge Complex. This contract is a negotiated agreement based on remaining work under U.S. Fish and Wildlife Service Contract # 501813C031. The prime contractor (White & Carr, Inc.) has been Terminated for Default. Funding for this contract will be paid by remainder of funds on Contract # 501813C031.<br>~~Additional work for concrete will be incorporated into this contract.~~<br>See P.O. # 501815M171 Site Tech Corp. gave the most advantageous quote for concrete work.<br>Terms and conditions from Contract # 501813C031 are attached.<br>Delivery Date<br>07/01/2005<br>Reference Requisition: RCGS5020 | 1.00 | LS | 58,800.000 | 58,800.00 | |

**TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17I)** → $58,800.00

NSN 7540-01-152-8082

OPTIONAL FORM 348 (10-83)
Prescribed by GSA-FAR (48 CFR)

CULLION EXCAVATING, INC.
P. O. BOX 8965
CRANSTON, RI 02920
PHONE 401 461 1800
FAX 401-461-1806

May 4, 2005

Fish and Wildlife Services
300 Westgate Center Dr.
Hadley, Ma. 01035-9589

Attn.: Chris Murphy

RE: Fish and Wildlife
Charlestown R.I.

We are submitting our proposal to finish the site work at the above mentioned project for the lump sum amount of **Fifty Eight Thousand, Eight Hundred Dollars ($58,800.00).** Listed below is our proposed scope of work.

OK PSK

INCLUSIONS
Furnish and install Zabel filter
Excavate for signs
Furnish and install stone and filter paper for transformer pad
Remove and dispose asphalt
Cut site for Ninegrit gravel (or equal)
Furnish and install 18" Ninegrit gravel (or equal) for 4" asphalt paving
Furnish and install 4" processed gravel for 4" asphalt paving
Furnish and install cedar benches (5)
Furnish and install bicycle rack (1)
Furnish and install 4" asphalt paving
Sweep road way for asphalt top coat
Furnish and install 1 ½" asphalt top coat
Prevailing wage
Layout
Mobilization
Regrade site

EXCLUSIONS
Walkway
Furnishing of concrete
Landscaping and mulch
Permits and/or fees
Ledge removal
Rock removal over 1 cy
Dewatering
Sheeting, shoring or underpinning
Quality control and testing

CULLION EXCAVATING,INC.

Page 2
Re: Fish and Wildlife

EXCLUSIONS (con't)
Cold weather protection
Hazardous or contaminated soil or waste disposal
Analytical testing of materials
Remove and/or reinstall fence
Loam
Leveling course for asphalt
Form concrete sidewalks
Remove excess material from site
Sales tax

ALTERNATES
Furnish and install loam..........................$ 30.00/cy
Leveling course for asphalt road.................$ 72.00/ton

Notes:

1. This proposal is based on a 40 hour work week (Monday-Friday, 7:00 A.M. – 3:30 P.M.) any work required outside these hours will require additional cost
2. The price to form and finish the sidewalks and supply the concrete to follow

If you have any questions or require further information please feel free to contact this office at 401 461-1800

Sincerely yours,

Cullion Excavating
Mark Hoffer