**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR THE USE OF CULLION EXCAVATING CORP., Plaintiff | : | |
| v. | : | C.A. No. 06-341S |
| WHITE & CARR, INC., AND THE HANOVER INSURANCE COMPANY, Defendants. | : | |

**PLAINTIFF'S OBJECTION TO THE HANOVER INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, The United States of America for the Use of Cullion Excavating Corporation, respectfully objects to the Motion for Summary Judgment submitted by the Hanover Insurance Company. In support of its objection, Plaintiff submits the attached Memorandum of Law and supporting documents.

Respectfully submitted,
CULLION EXCAVATING CORP.
By Its Attorneys,

/s/ Andrew S. Ullucci

Christopher C. Whitney #3261
Andrew S. Ullucci #7233
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903
(401) 272-8080
(401) 521-3555 (facsimile)
Email: cwhitney@lmkbw.com
aullucci@lmkbw.com

**CERTIFICATE OF SERVICE**

I, Andrew S. Ullucci, hereby certify that I have, on this 1st day of October, 2007, filed a copy of the within document in accordance with the ECF requirements for the United States District Court for the District of Rhode Island and, consequently, served a copy of the within document upon all counsel of record who have requested such ECF service.

I further certify that a true and accurate copy of the foregoing document was sent via regular U.S. Mail and via certified mail, return receipt requested, addressed to:

White & Carr, Inc.
c/o C. Cole
11 Broadway
11th Floor
New York, NY 10005

/s/ Andrew S. Ullucci