**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR THE USE OF CULLION EXCAVATING CORP., Plaintiff | : | |
| v. | : | C.A. No. 06-341S |
| WHITE & CARR, INC., AND THE HANOVER INSURANCE COMPANY, Defendants. | : | |

**<u>MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S OBJECTION TO HANOVER INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT</u>**

**<u>EXHIBIT A</u>**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR THE USE OF CULLION EXCAVATING CORP., Plaintiff | : | |
| v. | : | C.A. No. 06-341S |
| WHITE & CARR, INC., AND THE HANOVER INSURANCE COMPANY, Defendants. | : | |

**AFFIDAVIT OF MARK HOFFER**

Mark Hoffer, being duly sworn upon his oath, does hereby state as follows:

1. My name is Mark Hoffer. I am a Project Manager for Cullion Excavating Corp. ("Cullion"). I am authorized by Cullion to make the statements herein.
2. I have personal knowledge of each statement made herein.
3. Cullion is an excavating subcontractor with its headquarters in Cranston, Rhode Island.
4. On or about November 19, 2003, Cullion and White entered into a subcontract whereby Cullion agreed to perform the site work for the Administration and Visitor's Facility at the Rhode Island National Wildlife Refuge in Charlestown, Rhode Island (the "Project") for the sum of $100,500.00 (the "Subcontract").
5. Cullion performed extra work for the Project pursuant to change orders agreed to between Cullion and White.
6. The Subcontract change orders were in the total amount of $56,108.00.
7. The total adjusted Subcontract price was $156,608.00.
8. White paid Cullion $78,446.40 for its work on the Project.

9. Cullion submitted a proposal to the Interior Department, dated May 4, 2005, which specified which work had yet to be performed under the Subcontract and additional work for the Project. A copy of this proposal is attached hereto as Exhibit 1.

10. The Interior Department and Cullion entered into an agreement whereby Cullion completed the work outstanding under the Subcontract, and performed additional work beyond the scope of the Subcontract and the change orders.

11. The new agreement with the Interior Department had an original value of $58,800 total; $37,600 for Cullion to complete its scope of work under the Subcontract, and $21,200 for the additional work.

12. All of Cullion's work, under both the Subcontract and the subsequent re-procurement contract with the Interior Department, was for the Project.

13. Cullion's last day of work for the Project was August 1, 2005. A copy of a receipt for the final shipment of Project materials is attached hereto as Exhibit 2.

Dated: 9/27/07

By: [signature]
Mark Hoffer

Before me on this 2 day of September, 2007, appeared Mark Hoffer, who, upon oath, attests that he has personal knowledge of the statements made herein and he does state that the same are true.

[signature]
Notary Public

My Commission Expires: 3-9-09

**EXHIBIT 1**

CULLION EXCAVATING, INC.
P. O. BOX 8965
CRANSTON, RI 02920
PHONE 401 461 1800
FAX 401-461-1806

May 4, 2005

Fish and Wildlife Services
300 Westgate Center Dr.
Hadley, Ma. 01035-9589

Attn.: Chris Murphy

RE: Fish and Wildlife
Charlestown R.I.

We are submitting our proposal to finish the site work at the above mentioned project for the lump sum amount of **Fifty Eight Thousand, Eight Hundred Dollars ($58,800.00)**. Listed below is our proposed scope of work.

INCLUSIONS

100 – Furnish and install Zabel filter — Extra work
500 – Excavate for signs — Extra work
1000 – Furnish and install stone and filter paper for transformer pad — Extra work
500 – Remove and dispose asphalt — Extra work
Cut site for Ninegrit gravel (or equal) — Extra work
14600 – Furnish and install 18" Ninegrit gravel (or equal) for 4" asphalt paving — Extra work
Furnish and install 4" processed gravel for 4" asphalt paving — Extra work
5400 – Furnish and install cedar benches (5)
Furnish and install bicycle rack (1)
30500 – Furnish and install 4" asphalt paving
Sweep road way for asphalt top coat
1700 – Furnish and install 1 ½" asphalt top coat
Prevailing wage
Layout
Mobilization
Regrade site

Contract work.

37,600

EXCLUSIONS
Walkway
Furnishing of concrete
Landscaping and mulch
Permits and/or fees
Ledge removal
Rock removal over 1 cy
Dewatering
Sheeting, shoring or underpinning
Quality control and testing

– 50 cy Loam
– lat.

58,000 Total
– 37,600 Original Contract Work
$20,400 Extra Work

# CULLION EXCAVATING,INC.

Page 2
Re: Fish and Wildlife

EXCLUSIONS (con't)
Cold weather protection
Hazardous or contaminated soil or waste disposal
Analytical testing of materials
Remove and/or reinstall fence
Loam
Leveling course for asphalt
Form concrete sidewalks
Remove excess material from site
Sales tax

ALTERNATES
Furnish and install loam..............................$ 30.00/cy
Leveling course for asphalt road..................$ 72.00/ton

Notes:

1. This proposal is based on a 40 hour work week (Monday-Friday, 7:00 A.M. – 3:30 P.M.) any work required outside these hours will require additional cost
2. The price to form and finish the sidewalks and supply the concrete to follow

If you have any questions or require further information please feel free to contact this office at 401 461- 1800

Sincerely yours,

Cullion Excavating
Mark Hoffer

**EXHIBIT 2**

[illegible]ON EXCAVAT[illegible]
P.O. Box 8965
CRANSTON, RI 02920
(401) 461-1800
Fax (401) 461-1806

| CUSTOMER'S ORDER NO. | PHONE | DATE 8/1/05 |
|---|---|---|

NAME Fish + wild Life

ADDRESS

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT | Billy 80 |
|---|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | load of loam 18yds Per load | | |
| | from Cullion yard | | |
| | | TAX | |
| RECEIVED BY | | TOTAL | |

4683 All claims and returned goods MUST be accompanied by this bill.

NEBS To Reorder: 800-225-6380 or nebs.com

THANK YOU