**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE OF CULLION EXCAVATING CORP.,<br><br>Plaintiff,<br><br>v.<br><br>WHITE & CARR, INC. AND THE HANOVER INSURANCE COMPANY,<br><br>Defendants. | CIVIL ACTION NO. 06-341S<br><br>JURY TRIAL DEMANDED |

**ASSENTED-TO MOTION FOR WITHDRAWAL**
**<u>OF SUMMARY JUDGMENT MOTION</u>**

Defendant The Hanover Insurance Company ("Hanover") hereby moves to withdraw the summary judgment motion that it filed on or about September 14, 2007. As grounds for this motion, Hanover states that it no longer wishes to pursue summary judgment on the grounds set forth in its motion, and it wishes to proceed with settlement talks and/or discovery with plaintiff. Plaintiff assents to the granting of this motion.

WHEREFORE, plaintiff and defendant respectfully request that the Court grant this motion and permit the withdrawal of Hanover's motion for summary judgment.

CULLION EXCAVATING CORP.
By Its Attorneys,

/s/ Christopher C. Whitney
Andrew S. Ullucci # 7233
Christopher C. Whitney #3261
Little Medeiros Kinder Bulman &
Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903

THE HANOVER INSURANCE CO.
By Its Attorneys,

/s/ Carl E. Fumarola
Carl E. Fumarola #6980
Cetrulo & Capone LLP
The Heritage Building
321 South Main Street
Providence RI, 02903
(401) 274-7850

(401) 727-8080
(401) 521-3555 (facsimile)
Email: aullucci@lmkbw.com

(401) 274-9670 (facsimile)
Email: cfumarola@cetcap.com

Of Counsel:
Bert J. Capone, Esq.
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
(617) 217-5500
(617) 217-5200 (fax)
Email: bcapone@cetcap.com

Dated: October 16, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2007, the foregoing document, filed through the Electronic Cases Filing ("ECF") System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non registered participants.

/s/ Carl E. Fumarola
Carl E. Fumarola