**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA FOR THE USE OF CULLION EXCAVATING CORP.,

Plaintiff,

v.

WHITE & CARR, INC. AND THE HANOVER INSURANCE COMPANY,

Defendants.

CIVIL ACTION NO. 06-341S

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to *Fed R. Civ. P.* 41, the undersigned parties, constituting collectively 100% of the persons and entities who have appeared in this action, hereby stipulate that all claims between and among them may and ought to be dismissed with prejudice, each party waiving any right of appeal and each party to bear its own costs.[1] No statutory interest shall be imposed.

WHEREFORE the parties respectfully call upon the Court to dismiss the instant case in its entirety.

[1] White & Carr, Inc. failed to respond to the Complaint and a default was entered against it on June 11, 2007.

CULLION EXCAVATING CORP.
By Its Attorneys,

/s/ *Andrew S. Ullucci*
Andrew S. Ullucci # 7233
Christopher C. Whitney #3261
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903
(401) 272-8080
(401) 521-3555 (facsimile)
Email: aullucci@lmkbw.com

THE HANOVER INSURANCE CO.
By Its Attorneys,

/s/ *Carl E. Fumarola*
Carl E. Fumarola #6980
Cetrulo & Capone LLP
The Heritage Building
321 South Main Street
Providence RI, 02903
(401) 274-7850
(401) 274-9670 (facsimile)
Email: cfumarola@cetcap.com

Of Counsel:
Bert J. Capone, Esq.
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
(617) 217-5500
(617) 217-5200 (fax)
Email: bcapone@cetcap.com

Dated: November 26, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2007, the foregoing document, filed through the Electronic Cases Filing ("ECF") System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non registered participants.

/s/ *Carl E. Fumarola*
Carl E. Fumarola